UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62413-CIV-ZLOCH

SUSAN M. JORDAN,

      Plaintiff,

vs.                                                  **FINAL ORDER OF DISMISSAL**

ACCOUNT CONTROL SYSTEMS,
INC.,

      Defendant.
_____/

THIS MATTER is before the Court upon the Notice Of Voluntary Dismissal (DE 4) filed herein by Plaintiff, Susan M. Jordan. The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Notice Of Voluntary Dismissal (DE 4) filed herein by Plaintiff, Susan M. Jordan, be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____25th____ day of January, 2011.

_____
WILLIAM J. ZLOCH
United States District Judge

Copy furnished:
Donald A. Yarbrough, Esq.